1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

SEP 1 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO.: CR 10-00992-GAF |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER HEARING<br>) [Fed.R.Crim.P. 32.1(a)(6);<br>) 18 U.S.C. 3143(a)] |
| v. | ) |
| DEMARCUS BELL, | ) |
| Defendant. | ) |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if

| | |
|---|---|
| 1 | released under 18 U.S.C. § 3142(b) or (c).  This finding is |
| 2 | based on his failure to proffer any evidence to meet his burden |
| 3 | on this issue; |
| 4 | and |
| 5 | B.  (X)  The defendant has not met his burden of establishing by |
| 6 | clear and convincing evidence that he is not likely to pose a |
| 7 | danger to the safety of any other person or the community if |
| 8 | released under 18 U.S.C. § 3142(b) or (c).  This finding is |
| 9 | based on his failure to proffer any evidence to meet his burden |
| 10 | on this issue. |
| 11 | IT THEREFORE IS ORDERED that the defendant be detained pending |
| 12 | the further revocation proceedings. |
| 13 | |
| 14 | DATED: September 10, 2012 |
| 15 | _____ |
| 16 | MARGARET A. NAGLE<br>UNITED STATES MAGISTRATE JUDGE |